**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **CASE NO. 23-CR-233** |
| : | |
| **DAEYON ROSS,** : | |
| **Defendant** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of August 23, 2023, is being provided to the defense in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Justin F. Song*
Justin F. Song
N.Y. Bar No. 5626379
Alec Levy
D.C. Bar No. 1616241
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-2530 (Levy) | (202) 252-7674 (Song)
alec.levy@usdoj.gov  | justin.song@usdoj.gov



U.S. DEPARTMENT OF JUSTICE

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

DISTRICT OF COLUMBIA

---

*Judiciary Center*
*601 D Street, N.W.*
*Washington D.C., 20530*

August 23, 2023

      Re:    <u>United States v. DAEYON ROSS</u>,
              *Case No.* 23-CR-233

Dear Counsel:

      I am writing to memorialize the discovery provided in this case, along with the method and date of transmission.

**<u>Production 1</u>**

      The following items have been provided today, August 23, 2023, through a shared file on USA File Exchange titled "UNITED STATES v. DAEYON ROSS, 23-CR-233", labeled "Production 1 (2-23-23)":

- Folder entitled "buccal" containing:
    - Buccal Warrant Affidavit (6 pages)
    - Paskalis Email re Buccal_Redacted (2 pages)
- Folder entitled "DIMS Photos" containing:
    - Subfolder entitled "52ND and Sheriff RD NE" containing 334 files (crime scene and firearms processing photographs)
    - Subfolder entitled "52ND St Sheriff RD NE" containing 44 files (firearms processing photographs)
- Folder entitled "Forensic Materials" containing:
    - 23106518 css collection log 07-02-23 scene -sdb (2 pages)
    - 23106518 CSS Scene & Vehicle-SDB_Redacted (18 pages)
    - 23106518 DFS Physical Evidence List (4 pages)

- - o Bischof, Samantha DFS CV 2023_Redacted (2 pages)
    - o Case Info Report_Redacted (2 pages)
    - o COC (13 pages)
    - o Comm Log (1 page)
- Folder entitled "Materials from PG County" containing:
  - o Guardian Video (video file)
- Folder entitled "Officer Notes" containing:
  - o Det. Vest Notes (redacted) (4 pages)
  - o Sgt. Thau Report (1 page)
- Folder entitled "Police Paperwork" containing:
  - o 1_CCN _ 23106518 - Combined Reports_Redacted (94 pages)
  - o CCN _ 23106518 - ICR and Case Review_Redacted (14 pages)
  - o CCN _ 22168535 - Combined Reports_Redacted (20 pages) (relates to stolen firearm)
  - o Booking Photo
- Folder entitled "Property Records" containing:
  - o Barcodes for CCN 23-106-518 (19 pages)
  - o DEA-7 BC 11 (1 page)
  - o Photos of Money - BC 15 (9 pages)
  - o Subfolder entitled "PD81s" containing:
    - PD81 Back-BC 12 (1 page)
    - PD81-Black Ski Mask -BC 14 (2 pages)
    - PD81-Clothing-BC 12 (3 pages)
    - PD81-Currency-BC 15 (2 pages)
    - PD81-Red iPhone-BC 13 (2 pages)
    - PD81-Zip Bag-BC 11 (2 pages)
- Folder entitled "Sgt Thau Interview" containing:
  - o Sgt Thau DC Aviation Interview 7 11 23 (1 audio file)
  - o Sgt Thau Interview Maps (3 pages)
- Folder entitled "Superior Court Case Materials" containing:
  - o Original Gerstein_Redacted (4 pages)
  - o Replacement Gerstein (5 pages)
  - o Superior Court Complaint (3 pages)
- District Court Bail Sheet (7 pages)

        Sincerely,

        MATTHEW M. GRAVES
        United States Attorney

By:   */s/ Justin F. Song*
       Justin Song
       Alec A. Levy
       Assistant United States Attorneys
       U.S. Attorney's Office
       601 D Street, N.W.
       Washington, D.C. 20530
       (240) 278-0562

cc:    District Court Case File (without attachments)