UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-cr-233 (CJN) |
| v. : | |
| : | |
| DAEYON ROSS : | |
| : | |
| Defendant. : | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.   Summary of the Plea Agreement

On July 18, 2023, a federal grand jury sitting in the District of Columbia returned an Indictment charging Mr. Daeyon Ross (hereinafter, the "Defendant") with six (6) Counts. ECF No. 1. The Defendant agrees to plead guilty to a Count Two of the Indictment charging him with Carjacking, in violation of 18 U.S.C. § 2119(1) and Count Three in the Indictment, charging him with Using, Carrying, Possessing, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### II.   Elements of the Offenses

The essential elements of the offense of Carjacking, in violation of 18 U.S.C. § 2119(1), each of which the government must prove beyond a reasonable doubt, are:

1. Mr. Daeyon Ross took a motor vehicle from or in the presence of another;

2. Mr. Daeyon Ross did so by force and violence;

3. The motor vehicle had previously been transported, shipped, or received in interstate or foreign commerce; and

4. Mr. Daeyon Ross intended to cause death or serious bodily harm when he took the motor vehicle.

The essential elements of the offense of Using, Carrying, Possessing, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii), each of which the government must prove beyond a reasonable doubt, are:

1. Mr. Daeyon Ross committed the elements of a crime of violence prosecutable in federal court;

2. Mr. Daeyon Ross knowingly used, carried, or possessed a firearm;

3. Mr. Daeyon Ross knowingly discharged the firearm;

4. The discharge, use or carrying of the firearm was during and in relation to, or the possession of the firearm was in furtherance of, Mr. Daeyon Ross' crime of violence.

### III.  Brief Statement of the Facts

Had this case gone to trial, the government's evidence would prove the following beyond a reasonable doubt:

On July 2, 2023 at around 12:20 p.m., Mr. Daeyon Ross drove a stolen Scion at high speeds into the District of Columbia while he was being pursued by Maryland law enforcement. When he entered the District of Columbia, there was no other person with him inside of the vehicle.

Mr. Ross turned onto Sheriff Road Northeast in Washington D.C. and crashed into two vehicles on 52nd Street Northeast near the intersection of 52nd Street Northeast and Sheriff Road Northeast. As a result of the crash caused by Mr. Ross, all three vehicles stopped moving.

Mr. Ross exited his stolen vehicle holding a Glock 19 Gen 5 pistol bearing serial number BXYC271. The Glock 19 Gen 5 pistol was equipped with a laser sight and an extended magazine capable of holding thirty-one (31) rounds of ammunition. At the time Mr. Ross exited the stolen vehicle, the firearm was loaded with multiple rounds of ammunition (the "Firearm").

Mr. Ross attempted to open the door of one of the vehicles he crashed into, but could not open it. Mr. Ross then turned his attention to the second vehicle he crashed into – a GMC Terrain SUV bearing D.C. tag number JA 7331 (the "GMC Terrain"). The GMC Terrain had been transported, shipped, or received in interstate or foreign commerce and, at the time Mr. Ross crashed into it, was occupied by M.D. in the driver's seat, M.D.'s sixty-seven (67) year old aunt E.M. in the passenger seat, and M.D.'s fourteen (14) year old daughter in the back seat. The GMC Terrain was lawfully owned and operated by M.D. at the time this occurred. At the time Mr. Ross carjacked this vehicle from M.D., E.M., and M.D.'s daughter, Mr. Ross intended to cause death or serious bodily harm if they did not give their vehicle to him.

While the GMC Terrain was still parked, Mr. Ross approached the passenger door of the GMC Terrain and pulled the door open, demanding E.M. to exit the vehicle. Before E.M. could exit, Mr. Ross climbed in the passenger seat and straddled E.M. with the Firearm touching E.M.'s chest. At this point, M.D. screamed for her daughter in the backseat to exit the car and run [CN], which she did. ~~Mr. Ross then threw E.M. out of front passenger seat of the GMC Terrain~~. Mr. Ross, while seated in the passenger seat, pointed the Firearm a few inches from M.D.'s face and demanded she get out of the car. M.D. then exited the vehicle and ran away.

Mr. Ross then placed the GMC Terrain in drive towards Sheriff Road Northeast before crashing into a white police cruiser driven by Officer T.J. with the Capitol Heights Police Department. To the rear of Mr. Ross was Corporal J.S. driving a marked P.G. County cruiser. Once Mr. Ross crashed into Officer T.J., the GMC Terrain stopped moving.

Mr. Ross, while seated in the driver's seat of the GMC Terrain, fired at least two rounds at Officer T.J. through the passenger seat window. Officer T.J. exited his cruiser and ran to the rear of it to take cover. Mr. Ross, still seated in the driver's seat of the GMC Terrain, then opened

3

the driver's side door and fired at least two rounds at Corporal J.S., who had exited his cruiser at that time.

Multiple officers returned fire at Mr. Ross, who then opened the front driver's side door and raised his hands to show surrender. Mr. Ross was detained and placed under arrest. Once Mr. Ross was secured, the Firearm was found within the GMC Terrain with fourteen (14) rounds in the magazine and one (1) round in the chamber. The firearm was equipped with a laser light, and was loaded with an extended magazine capable of holding thirty-one rounds of ammunition.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Justin F. Song*
Justin F. Song
N.Y. Bar No. 5626379
Alec Levy
D.C. Bar No. 1616241
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-2530 (Levy) | (202) 252-7674 (Song)
alec.levy@usdoj.gov | justin.song@usdoj.gov