UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-233 (CJN) |
| : | |
| DAEYON ROSS : | |
| : | |
| **Defendant.** : | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

     Daeyon Ross, by and through counsel Brandi Harden, respectfully moves this Court to continue the sentencing hearing scheduled for July 23, 2025, to a date after August 14, 2025, but before September 1, 2025.

 In support of the motion, counsel states the following:

1. Mr. Ross is currently scheduled to be sentenced on July 23, 2025. Counsel is not available on July 23, 2025.

2. Counsel's mother has been in the hospital since June 12, 2025, had extensive surgery, and now remains in a rehabilitation center.

3. Counsel has not secured all of the additional records necessary for Mr. Ross' sentencing.

4. Mr. Ross is 24 years old with guidelines of 228-255 months. There is no prejudice to a continuance in this matter where Mr. Ross is detained with guidelines between 19 and 21 years in prison.

5. Counsel requests that the Court provide Mr. Ross with additional time so that counsel is best prepared for the sentencing hearing.

6. Based on discussions with the government, the USAO has no objection to continuing

the sentencing hearing.

7. Counsel respectfully requests that the Court continue the matter to a date after August 19, 2025, but before September 1, 2025, that is convenient for the Court.

WHEREFORE, Mr. Ross respectfully requests that the Court reschedule his sentencing.

Respectfully Submitted,

_____
Brandi Harden, Esq.
Counsel for Daeyon Ross
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.621.8268
b@hardenlawoffices.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2025, a copy of the foregoing was filed via ECF, notifying all parties of record.

_____

Brandi Harden

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 23-cr-233 (CJN)** |
| **DAEYON ROSS** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon review of the Defendant's Motion to Continue Sentencing and for good cause shown, it is hereby

**ORDERED** that Mr. Ross' Sentencing date of July 23, 2025, is **VACATED** and rescheduled for _____.

It is further **ORDERED** that the government's sentencing memorandum shall by August 12, 2025; and the defense's sentencing memorandum shall be filed by August 15, 2025.

**SO ORDERED** this _____ day of _____, 2025.

_____

CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE