# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 23-cr-233 (CJN) |
| v. | : | |
| | : | |
| **DAEYON ROSS** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO DISMISS COUNTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to Dismiss Counts One, Four, Five, and Six pursuant to the terms of the Defendant's written plea agreement.

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    United States Attorney

By:   */s/ James B. Nelson*
      JAMES B. NELSON
      D.C. Bar No. 1613700
      Assistant United States Attorney
      Violent Crime and Narcotics Trafficking Section
      601 D. Street, N.W.
      Washington, D.C. 20530
      (202) 252-6986
      james.nelson@usdoj.gov